| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414)<br>JENNIFER L. STENEBERG (State Bar No. 202985) |
| 2 | THOMAS E. FRANKOVICH,<br>*A Professional Law Corporation* |
| 3 | 2806 Van Ness Avenue<br>San Francisco, CA 94109 |
| 4 | Telephone:   415/674-8600<br>Facsimile:    415/674-9900 |

Attorneys for Plaintiffs JAREK MOLSKI
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>   Plaintiffs,<br><br>v.<br><br>PUMP N GO; SKYLINE SERVICE STATIONS 1, L.P., a California limited partnership; QUANG VU HOANG, dba PUMP N GO; PHAN PROPERTIES, a partnership; and CHANCHAL M. SINGH, an individual formerly dba PUMP N GO,<br><br>   Defendants.<br>_____ | CASE NO. C 04-1854 BZ<br><br>STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          1

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: July 1, 2005    THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*


By: /s/
    Jennifer L. Steneberg
Attorneys for JAREK MOLSKI and
DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES:HELPING YOU
HELP OTHERS

Dated: May 25, 2005    LAW OFFICE OF HAROLD P. SMITH


By: /s/
    Harold P. Smith
Attorney for Defendant SKYLINE SERVICE
STATIONS 1, L.P.

Dated: June 28, 2005    McNAMARA, DODGE, NEY, BEATTY,
SLATTERY, PFALZER & BORGES, LLP


By: /s/
    Roger J. Brothers
Attorneys for Defendants PHAN PROPERTIES

Dated: March 17, 2005    FRANKEL & GOLDWARE, LLP


By: /s/
    Michelle R. Ferber
Attorneys for CHANCHAL M. SINGH

## ORDER

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).

Dated: ___July 5___, 2005

_____
Hon. Be...
UNITED... JUDGE

*IT IS SO ORDERED*
*Magistrate Judge Bernard Zimmerman*
*United States District Court*
*Northern District of California*

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          2